FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2021

No. 04-21-00528-CV

**INTEREST OF G.K.B., JR.**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00020
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

   This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due on November 29, 2021, but has not been filed. We therefore ORDER Elva Chapa, the court reporter responsible for preparing the reporter's record, to file the reporter's record on or before **December 27, 2021**.

   Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

Liza A. Rodriguez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2021.



MICHAEL A. CRUZ, Clerk of Court